**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01593-REB

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF JEFFREY M. JOHNSON, and
LAUREL JOHNSON

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court on defendant Laurel Johnson's **Unopposed Motion For Extension of Time To File Answer To Complaint in Interpleader, and Response to Motion To Interplead Funds** [#6] filed July 29, 2010.  The motion is **GRANTED**.  Defendant Johnson shall have until **August 10, 2010**, in which to file her answer to the complaint in interpleader and to respond to the motion to interplead funds.

    Dated:  August 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.