IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01593–REB–KMT

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF JEFFREY M. JOHNSON, and
LAUREL JOHNSON,

    Defendants.

## **ORDER**

    This matter is before the court on Plaintiff's "Motion to Interplead Funds" (Doc. No. 2) filed July 6, 2010).

    THIS COURT, having review the Motion and being fully advised in the premises, HEREBY ORDERS said Motion is GRANTED.

    American General shall tender the subject funds, in the amount of $500,000.00, plus interest thereon to the time of deposit, to the Clerk of the Court for deposit in the Court's registry, which funds will be placed in an interest bearing account pending the determination of the party or parties entitled to such funds; and

Upon American General's tender of the subject funds to the Clerk, American General shall be deemed discharged from liability with respect to the subject funds.

Dated this 2nd day of September, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge