```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX031266
Cashier ID: sg
Transaction Date: 09/14/2010
Payer Name: AMERICAN GENERAL LIFE COMPAN
IE
------------------------------------
TREASURY REGISTRY
 For: AMERICAN GENERAL LIFE COMPANIE
 Case/Party: D-COX-1-10-CV-001593-001
 Amount:      $504,849.80
------------------------------------
CHECK
 Check/Money Order Num: 7019523
 Amt Tendered:  $504,849.80
------------------------------------
Total Due:      $504,849.80
Total Tendered: $504,849.80
Change Amt:     $0.00

PER ORDER DATED 09/02/10

REB-KMT

A fee of $45.00 will be assessed on
any returned check.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10-cv-01593-REB-KMT

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF JEFFREY M. JOHNSON, and
LAUREL JOHNSON,

    Defendants.

## ORDER

This matter is before the court on Plaintiff's "Motion to Interplead Funds" (Doc. No. 2) filed July 6, 2010).

THIS COURT, having review the Motion and being fully advised in the premises, HEREBY ORDERS said Motion is GRANTED.

American General shall tender the subject funds, in the amount of $500,000.00, plus interest thereon to the time of deposit, to the Clerk of the Court for deposit in the Court's registry, which funds will be placed in an interest bearing account pending the determination of the party or parties entitled to such funds; and

Upon American General's tender of the subject funds to the Clerk, American General shall be deemed discharged from liability with respect to the subject funds.

Dated this 2nd day of September, 2010.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge

)

)

2

# EVANS & McFARLAND, LLC
ATTORNEYS AT LAW

www.emlawyers.com

September 13, 2010

**Cyd Hunt**
chunt@emlawyers.com

GOLDEN OFFICE

**Via U.S. Mail**

United States District Court
c/o Financial Division
901 19th Street, Room A-105
Denver, CO 80294

Re:   **American General Life Insurance Co. v. Estate of Jeffrey M. Johnson and Laurel Johnson**
**Civil Action No. 10-CV-01593**

Dear Ladies/Gentlemen:

Please find enclosed the Order granting American General's request to deposit the insurance funds in this case into the Registry of this Court. Also enclosed is a check from American General made payable to the United States District Court for $504,849.80 ($500,000.00 plus interest). Please deposit these funds into the Court Registry and feel free to contact me with any questions.

Thank you for your assistance in this matter.

Very truly yours,

Cyd Hunt

CH/gsb
Enclosure(s)

DENVER OFFICE
4643 S. Ulster St., Eighth Floor
Denver, Colorado 80237
tel 303 279 8300   fax 866 313 9003

GOLDEN OFFICE
910 13th St., Suite 200
Golden, Colorado 80401
tel 303 279 8300   fax 303 277 1620