IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01593-KLM-KMT

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF JEFFREY M. JOHNSON, and
LAUREL JOHNSON, n/k/a Laurel Christensen,

    Defendants/Cross-Claimants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on October 29, 2010, by Judge Robert E. Blackburn and was assigned to Magistrate Judge Kristen L. Mix on the same day. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

IT IS HEREBY **ORDERED** that Magistrate Judge Kathleen M. Tafoya is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. I note that a settlement conference has been set via Scheduling Order [Docket No. 29] before Magistrate Judge Tafoya on January 28, 2011.

IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Robert E. Blackburn on July 19, 2010 [Docket No. 16], is **vacated**.

IT IS FURTHER **ORDERED** that a Final Pretrial Conference shall be set, if appropriate, after resolution of the pending Motion to Dismiss filed by Plaintiff [Docket No. 23].

The parties shall take note of the Court's procedure for handling all disputed discovery issues. No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1(A). If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

Dated: November 1, 2010

                                        BY THE COURT:

                                        s/ Kristen L. Mix
                                        KRISTEN L. MIX
                                        United States Magistrate Judge